DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SLOAN HEFFRON (CABN 285347)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    Fax: (415) 436-7234
    Sloan.heffron@usdoj.gov

Attorneys for United States of America

**FILED**
DEC 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**TSH**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERTHA JONES, <br><br> Defendant. | CASE NO. 3 19 72079 <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or around December 23, 2019, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐    Indictment

☒    Information

☐    Criminal Complaint

☐    Other (describe) _____

pending in the Superior Court of the District of Columbia, Case Number 2018 CMD 015424.

In that case, the defendant is charged with a violation of District of Columbia Code § 22-3302(a)(1) - Unlawful Entry (Private Property).

v. 7/10/2018

1  **Description of Charges**: on or about October 18, 2018, within the District of Columbia, Ertha
2  Jones, without lawful authority, did enter and attempt to enter the British Embassy, located at 3100
3  Massachusetts Avenue NW, against the will of the British Embassy, the lawful occupant thereof and the
4  person lawfully in charge thereof.

6  **The maximum penalties are as follows**:
7      180 days imprisonment (D.C. Code § 22–3302(a)(1))
8      $1,000 fine (D.C. Code § 22–3571.01(b)(4))

10     Respectfully Submitted,

11     DAVID L. ANDERSON
12     UNITED STATES ATTORNEY

13 Date: December 24, 2019

14     _____
    SLOAN HEFFRON
15     Assistant United States Attorney

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

## INFORMATION

DCTN: U18032220
Lockup No: 30
Case No: _____
Citation Date: _____

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

**Defendant's Name:** Ertha Jones     734681     18176806     04/05/1966
(First)   (MI)   (Last)        (PDID)     (CCNO)     (DOB)

**Also Known As:** Ertha Lorraine Jones
(First)   (Middle)   (Last)

**Address:**

1. On or about October 18, 2018, within the District of Columbia, Ertha Jones, without lawful authority, did enter and attempt to enter certain property, that is, British Embassy, 3100 Massachusettes Avenue NW, against the will of the British Embassy, the lawful occupant thereof and the person lawfully in charge thereof. **(Unlawful Entry (Private Property), in violation of 22 D.C. Code, Section 3302(a)(1) (2001 ed.))**

**Co-Defendants:**

Rule 105: ☐   Judge: _____

### United States Attorney for the District of Columbia

By: Assistant United States Attorney        Date: October 19, 2018

By Officer:        Badge No.:

PSA: 204   Domestic ☐

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## JONES, ERTHA LORRAINE
### CCN #: 18176806
### Arrest Number: 541839593

The event occurred on **10/18/2018** at approximately **15:09** at **BRITISH EMBASSY / EMBASSY OF THE UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND, 3100 MASSACHUSETTS AVENUE NW, WASHINGTON, DC 20008**

On Thursday, October 18, 2018, at approximately- 1509 hours AO (Karas, A. Badge # 1833) was dispatched to 3100 Massachusetts Ave NW., for the report of an individual causing a disturbance at the British Embassy, 3100 Massachusetts Ave NW, DC. Upon arrival AO met with C-1 (Williams, Roger., Regional Security Manager/ First Secretary of the British Embassy) that stated S-1 (Ertha Lorraine Jones, D.O.B. 4/5/1966) was causing a disturbance at the front gate of the embassy by clenching the vehicle gate and attempting to gain entry onto the property. C-1 repeatedly asked S-1 to let go of the gate and leave the property and S-1 refused.

AAO-1 (Tocio, D. Badge #S326) and AAO-2 (Bean, C. Badge #2082) arrived on scene and S-1 was identified as (Ertha Lorraine Jones, D.O.B. 4/5/1966) and was positively identified by C-1 while on scene. AAO-1 asked C-1 if he wanted S-1 barred from the embassy, to which he replied in the affirmative. AAO-1 repeatedly asked S-1 to release her clenched hands from the vehicle gate in order to resume normal operations at the embassy and S-1 refused. S-1 then released her grip from the vehicle gate and attempted to run towards a pedestrian gate and grabbed on to the exterior fence and attempted to forcefully push and pull on the fence. AAO-1 advised S-1 she was under arrest and attempted to place a handcuff on S-1's left arm. S-1 did not release her grip from the fence and S-1 refused to place her hands behind her back after she was told to do so. AAO-1, AAO-2, and AO attempted to get S-1's hands off of the fence and behind S-1's back. S-1 was taken to the ground, and was placed in handcuffs.

S-1 was placed under arrest for unlawful entry and will now be referred to as D-1.

An NCIC/WALES check was conducted, which returned clear with a history.

AAO-1 asked D-1 if she sustained any injuries while being taken into custody and D1 replied "No".

AAO-2 transported D1 to 2D for processing.

D1"s property was placed on MPDC 2D Property Book # 2620 and Page # 312

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **10/18/2018**

| **KARAS, ARISTEDIS / U12485 / U12485 (10/18/2018) E-SIGNATURE** | **STASIUK, STEVEN / U08187 (10/18/2018) E-SIGNATURE** |
|---|---|
| Police Officer / Badge# / CAD# | Unit        Witness / Deputy Clerk |

| **KARAS, ARISTEDIS / U12485 / U12485** | **STASIUK, STEVEN / U08187** |
|---|---|
| Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk |

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405